GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 222-4142
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com
*Attorney for Defendant*
*LexisNexis Risk Solutions Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DALE C. BURNS, | Case No. 2:19-cv-02142-RFB-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD** |
| v. | |
| EARLY WARNING SERVICES, LLC LEXISNEXIS RISK SOLUTIONS INC., | **(FIRST REQUEST)** |
| Defendants. | |

Pursuant to Local Rule IA 6-1 of the United States District Court for the District of Nevada, Defendant LexisNexis Risk Solutions Inc. ("Defendant") and Plaintiff Dale C. Burns ("Plaintiff") (collectively "the Parties"), by and through their respective counsel, stipulate as follows:

1. Plaintiff filed the First Amended Complaint for Damages on December 18, 2019.

2. Defendant was served with the First Amended Complaint for Damages on December 19, 2019.

3. Defendant's deadline to answer or otherwise respond to Plaintiff's First Amended Complaint was January 9, 2020.

4. The undersigned counsel for Defendant was recently retained, and is in the process of obtaining proper documents in order to address specific allegations made in Plaintiff's First Amended Complaint.

5. The Parties agreed to an extension for Defendant to answer or otherwise respond to Plaintiff's First Amended Complaint on January 8, 2020, allowing Defendant to formulate a response up to and including February 10, 2020.

6. This is the first request by Defendant seeking such extension.

In consideration of the foregoing, and for good cause, it is hereby STIPULATED AND AGREED by and between the Parties, that Defendant LexisNexis Risk Solutions Inc. shall have up to and including February 10, 2020 to file an answer or otherwise respond to Plaintiff's First Amended Complaint.

**IT IS SO STIPULATED**

Dated this 30th day of January, 2020.

| /s/ *Miles N. Clark, Esq.* | /s/ *Gary E. Schnitzer, Esq.* |
|---|---|
| Matthew I. Knepper, Esq. | Gary E. Schnitzer, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 395 |
| Miles N. Clark, Esq. | KRAVITZ, SCHNITZER & JOHNSON, CHTD. |
| Nevada Bar No. 13848 | 8985 South Eastern Avenue, Suite 200 |
| KNEPPER & CLARK LLC | Las Vegas, Nevada 89123 |
| 5510 S. Fort Apache Rd., Suite 30 | Telephone: (702) 222-4142 |
| Las Vegas, NV 89148-7700 | Facsimile: (702) 362-2203 |
| Telephone: (702) 856-7430 | Email: gschnitzer@ksjattorneys.com |
| Facsimile: (702) 447-8048 | *Attorney for Defendant* |
| Email: matthew.knepper@knepperclark.com | *Lexis Nexis Risk Solutions Inc.* |
| Email: miles.clark@knepperclark.com | |

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff*
*Dale C. Burns*

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated this 3rd day of February, 2020.

- 2 -