Shane Clayton
Nevada State Bar No. 8783
DURHAM JONES & PINEGAR
111 S. Main Street, Suite 2400
P.O. Box 4050
Salt Lake City, Utah 84110-4050
Telephone: (801) 415-3000
Facsimile: (801) 415-3500
SClayton@djplaw.com

*Attorneys for Defendant Early Warning Services, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DALE C. BURNS and RANDALL B. BURNS, <br><br> Plaintiffs, <br><br> v. <br><br> EARLY WARNING SERVICES, LLC, and LEXISNEXIS RISK SOLUTIONS, INC., <br><br> Defendants. | Civil No. 2:19-cv-02142-RFB-DJA <br><br> **STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING** <br> **(Second Request)** |

Defendant Early Warning Services, LLC ("EWS") and Plaintiffs Dale C. Burns and Randall B. Burns, by counsel, and pursuant to LR IA 6-1, submit the following Stipulation to Extend Time to File Responsive Pleading up to and including March 13, 2020. In support of the Stipulation, the parties state the following:

1.      EWS and Plaintiffs previously stipulated to an extension of time through February 28, 2020 for EWS to respond to Plaintiffs' Complaint.

2.      Counsel for the parties have been engaged in good faith discussions regarding the claims asserted against EWS and have undertaken to informally exchange information regarding those claims.

3.      This exchange of information may lead to Plaintiffs amending the Complaint.

4.      To allow the parties to continue these discussions and to give Plaintiffs more time to

review information being gathered by EWS, the parties respectfully request that EWS's deadline to respond to the Complaint be extended for a second time.

5.     Counsel for Plaintiffs has agreed to the requested extension and the requested extension will not impact any other deadlines in this case.

6.     This is the second request to extend the deadline for EWS to file its responsive pleading.

7.     Therefore, the parties hereby stipulate that the deadline for EWS to file its responsive pleading shall be extended through March 13, 2020.

Dated this 26th day of February, 2020.

Respectfully Submitted,

By: /s/ Shane Clayton
Shane Clayton, Esq.
DURHAM JONES & PINEGAR
111 S. Main Street, Suite 2400
P.O. Box 4050
Salt Lake City, Utah 84110-4050
*Attorneys for Defendant Early Warning Services, LLC*

By: /s/ Miles N. Clark
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 S. Fort Apache Rd, Suite 30
Las Vegas, NV 89148-7700
*Attorneys for Plaintiffs*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 27, 2020 _____

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of February 2020, a copy of the foregoing was filed electronically through the Court's CM/ECF system, which causes service upon all counsel registered thereon.


/s/ Shane Clayton

SLC_566663.1

- 3 -