Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DALE C. BURNS; and RANDALL B. BURNS,<br><br>Plaintiffs,<br><br>v.<br><br>EARLY WARNING SERVICES, LLC; and LEXISNEXIS RISK SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:19-cv-02142-RFB-DJA<br><br>**STIPULATION OF DISMISSAL OF LEXISNEXIS RISK SOLUTIONS, INC., WITH PREJUDICE**<br><br>Complaint filed: December 13, 2019 |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant LexisNexis Risk Solutions, Inc., from the above captioned action, with prejudice.

//

//

//

Each party will bear its own fees and costs.

Dated June 23, 2020.

| **KNEPPER & CLARK LLC**<br><br>/s/ *Miles N. Clark*<br>Matthew I. Knepper, Esq., SBN 12796<br>Miles N. Clark, Esq., SBN 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>**KRIEGER LAW GROUP, LLC**<br>David H. Krieger, Esq., SBN 9086<br>2850 W. Horizon Ridge Parkway, Suite 200<br>Henderson, NV 89052<br>Email: dkrieger@kriegerlawgroup.com<br><br>*Counsel for Plaintiff* | **KRAVITZ, SCHNITZER & JOHNSON, CHTD.**<br><br>/s/ *Gary E. Schnitzer*<br>Gary E. Schnitzer, Esq., SBN 395<br>8985 S. Eastern Ave., Suite 200<br>Las Vegas, NV 89123<br>Email: gschnitzer@ksjattorneys.com<br><br>*Counsel for Defendant*<br>*LexisNexis Risk Solutions, Inc.* |
|---|---|

## ORDER GRANTING

## STIPULATION OF DISMISSAL OF LEXISNEXIS RISK SOLUTIONS, INC.,

## WITH PREJUDICE

**IT IS SO ORDERED.**                     _____
                                          RICHARD F. BOULWARE, II
                                          UNITED STATES DISTRICT JUDGE

DATED this  23rd day of June, 2020.

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

2 of 2