Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DALE C. BURNS; and RANDALL B. BURNS,<br><br>Plaintiffs,<br><br>v.<br><br>EARLY WARNING SERVICES, LLC,<br><br>Defendants | Case No. 2:19-cv-02142-RFB-DJA<br><br>**STIPULATION OF DISMISSAL OF EARLY WARNING SERVICES, LLC, WITH PREJUDICE**<br><br>Complaint filed: December 13, 2019 |

PLEASE TAKE NOTICE that Plaintiffs Dale C. Burns and Randall B. Burns ("Plaintiffs") and Defendant Early Warning Services, LLC ("Early Warning") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2).

There are no longer any issues in this matter between Plaintiffs and Early Warning to be determined by the Court, and Early Warning is the only remaining defendant. Plaintiffs hereby

stipulate that all of their claims and causes of action against Early Warning which were or could have been the subject matter of this lawsuit, are hereby dismissed with prejudice, without costs or fees to any party.  Each party will bear its own fees and costs.

DATED: September 24, 2020.

| **KNEPPER & CLARK LLC** | **DURHAM JONES & PINEGAR** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Shane Clayton* |
| Matthew I. Knepper, Esq., SBN 12796 | Shane Clayton, Esq., SBN 8783 |
| Miles N. Clark, Esq., SBN 13848 | 111 S. Main St., Suite 2400 |
| 5510 So. Fort Apache Rd, Suite 30 | P.O. Box 4050 |
| Las Vegas, NV 89148 | Salt Lake City, Utah 84110-4050 |
| Email: matthew.knepper@knepperclark.com | Email: SClayton@djplaw.com |
| Email: miles.clark@knepperclark.com | |
| | **SMITH & SHAPIRO, PLLC** |
| **KRIEGER LAW GROUP, LLC** | Michael D. Rawlins, Esq. |
| David H. Krieger, Esq., SBN 9086 | *Smith & Shapiro, PLLC* |
| 2850 W. Horizon Ridge Parkway, Suite 200 | 3333 E. Serene, Ste. 130 |
| Henderson, NV 89052 | Henderson, NV 89074 |
| Email: dkrieger@kriegerlawgroup.com | Email: mrawlins@smithshapiro.com |
| *Counsel for Plaintiff* | **Troutman Pepper Hamilton Sanders LLP** |
| | Meagan A. Mihalko (*pro hac vice*) |
| | 1001 Haxall Pt. |
| | Richmond, VA 23219 |
| | Email: meagan.mihalko@troutman.com |
| | *Counsel for Defendant* |
| | *Early Warning Services, LLC* |

**ORDER GRANTING STIPULATION OF DISMISSAL OF ARLY WARNING SERVICES, LLC, WITH PREJUDICE**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 24th day of September, 2020.